# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00066-LTB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. EDUARDO JACOBO TORRES,

 Defendant.

## ORDER

 PURSUANT to and in accordance with the Sentencing hearing held before the Honorable Lewis T. Babcock, United States District Judge, on May 25, 2012, it is hereby

 ORDERED that Defendant Eduardo Jacobo Torres is sentenced to **TIME SERVED.**

 Dated: May 25, 2012.

            BY THE COURT:


            s/ Lewis T. Babcock
            LEWIS T. BABCOCK,
            UNITED STATES DISTRICT JUDGE